IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RASUL MUHAMMAD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 19 CV 7240 |
| v. | ) | |
| | ) | Judge Alonso |
| THE FITNESS FORMULA, LTD. | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION TO DISMISS WITH PREJUDICE

NOW COME the Parties by and through their undersigned attorneys, and pursuant to Fed R. Civ. Proc. 41(a)(1)(ii), hereby stipulate to the dismissal of this action with prejudice and without costs.

Respectfully submitted,

**PLAINTIFF**

RASUL MUHAMMAD

*s/ R. Joseph Kramer*
By his attorney
R. Joseph Kramer
KRAMER INJURY LAW LLC
225 W. Washington Street, Ste. 2200
Chicago, IL 60606
Phone: (312) 775-1012

**DEFENDANT**

THE FITNESS FORMULA. LTD.

s/ Bart T. Murphy (with permission)
By one of his attorneys
Bart T. Murphy
ICE MILLER, LLP
2300 Cabot Dr., Ste. 455
Lisle, IL 60532
Phone: (630) 955-6392